■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DARIENZO, Also Known as JAMES MARTIN, CARMINE LAVIA, ANGELO LEONARDI and BRUCE DOAK, Appellants.—Motion for reargument granted insofar as to amend the orders of this court entered on March 1, 1979 by deleting the last seven words of the decretal paragraphs thereof and the last seven words of the first paragraph of the memorandum decision filed

therewith and inserting therein the words "whatever hearings may appear to be appropriate respecting the latter tapes." Concur—Birns, J. P., Fein, Sandler and Silverman, JJ.